# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0028. DAKER v. GEORGIA DEPARTMENT OF CORRECTIONS.**

Upon consideration of Waseem Daker's Motion for Extension of Time to File Application for Discretionary Appeal, the same is hereby GRANTED. Daker is granted an extension of time to file said application through Thursday, February 1, 2018.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/22/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*